UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK        *Index No.*        1:25-CV-03613-NRB

|  |  |  |
|---|---|---|
| MICHAEL WILFLING | | 05/01/2025 |
| | *Plaintiff(s) Petitioner(s)* | Calendar No. |
| against | | |
| | | *I~ AFFIDAVIT* |
| | | *OF* |
| YAHOO INC., ET AL. | | *SERVICE* |
| | *Defendant)s) Respondent(s)* | |

STATE OF DELAWARE, COUNTY OF: NEW CASTLE                     Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On  05/01/2025          at    2:45 P .M., at  C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801
deponent served the within
- ☐ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation          ☒ SUMMONS IN A CIVIL ACTION, COMPLAINT WITH JURY TRIAL DEMANDED;

on          ☒ defendant     ☐ witness        hereinafter called          therein
YAHOO INC.          ☐ respondent          the recipient          lamed

**INDIVIDUAL** 1. ☐   by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION** 2. ☒   a   DELAWARE          corporation, by delivering thereat a true *copy of each* to    ROBIN HUTT-BANKS
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
individual to be  MANAGING AGENT EMPLOYED AT REGISTERED AGENT      thereof

**SUITABLE AGE PERSON** 3. ☐   by delivering thereat a true copy *of each* to                          a person of suitable age and
discretion. Said premises is recipient's ☐  actual place of business ☐  dwelling place ☐  usual place of abode within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐   by affixing a true copy of *each* to the door of said premises, which is recipient's ☐  actual place of business ☐  dwelling place
☐  usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☐   Deponent talked to                          at said premises who stated that recipient ☐  lived ☐  worked there.
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
at recipient's last known residence, at                          and deposited
said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to recipient at recipient's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service
within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. [- I Over 6' | ☐ Over 200 Lbs. |

☐   Other identifying features:

**WITNESS FEES** ☐   $          the authorizing traveling expenses     ☐ was paid (tendered) to the recipient
and one days' witness fee:     ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military* uniform. The source of my information
and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not
in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  05/01/2025                              License No.

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD., PO
BOX 1360, WILMINGTON, DE 19899