IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WILFLING,<br><br>    Plaintiff,<br><br> v.<br><br>YAHOO INC., et al.,<br><br>    Defendants. | Case No.: 25-cv-03613-NRB<br><br>**DEFENDANT YAHOO INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo Inc. states as follows:

1.   Yahoo Inc. is an indirect wholly-owned subsidiary of College Parent, L.P.

2.   Yahoo Inc. is part of Apollo Investment Fund IX's portfolio, in which Apollo Global Management has an indirect interest. There is no publicly-held corporation that owns a 10% or more interest in Apollo Global Management.

3.   Verizon Communications Inc. retains an indirect minority ownership interest of approximately 10% of Yahoo Inc. There is no publicly-held corporation that owns a 10% interest in Verizon Communications Inc.

Dated: May 14, 2025       Respectfully submitted,
    New York, New York

                     /s/ Heather S. Goldman
                  Heather S. Goldman
                  Yahoo Inc.
                  Office of General Counsel
                  770 Broadway
                  New York, New York 10003
                  Heather.goldman@yahooinc.com
                  Phone: (646) 483-0887

                  *Counsel for Defendant Yahoo Inc.*